UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
RYAN A. HOGAN and KRISTIN            )
THATCHER, individually and as        )
parent and next friend of their      )
minor child, R.W.H.,                 )
                                    )
       Plaintiffs,              )
                                    )
   v.                               )  C.A. No. 13-603 S
                                    )
WAL-MART STORES EAST, L.P.,          )
a/k/a WAL-MART STORES EAST, INC.,    )
IRON OUT, INC., a/k/a SUMMIT         )
BRANDS, JOHN DOES 1-10, JANE         )
ROES 1-10, ABC, LLCs 1-10, and       )
XYZ CORPORATIONS 1-10,               )
                                    )
       Defendants.              )
_____)

## **ORDER**

WILLIAM E. SMITH, Chief Judge.

    On November 27, 2013, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation ("R&R") in the above-captioned matter (ECF No. 19), recommending that this Court deny Plaintiffs' Motion to Remand and for Rule 11 Sanctions (ECF No. 4). No objections to the R&R were filed. Because this Court agrees with Judge Sullivan's analysis, it hereby accepts

the R&R pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs' Motion to Remand and for Rule 11 Sanctions is DENIED.

IT IS SO ORDERED.

/s/ William E. Smith
William E. Smith
Chief Judge
Date: January 8, 2014